IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 16-5019-01-CR-SW-MPH |
| **RAUL R. GONZALES** | ) | |
| | ) | |
| Defendant | ) | |

## PROPOSED WITNESS LIST

Comes now Dennis W. Hartley, and hereby notifies this Honorable Court of the following witnesses to be called for trial:

1. Robert Turner;
2. Betty Persons;
3. Jack Schalls;
4. David Hagemaner;
5. Andrew Wilson;
6. Donald Johnson;
7. Joseph Leahy;
8. Ted McCollum;
9. Ryan Kelly;

10. Traci Davis;

11. Bob Bethel;

12. Bradley Wright;

13. David Immis;

14. Anna Funck;

15. Matthew Freeman;

16. Karen Klaus;

17. Frederick Craft;

18. Arthur Salsberry;

19. Irving Grey;

20. Teresa McCarthy;

21. Jason Evers;

22. Theodore Harrison; and

23. Larry Snyder

Respectfully submitted this 20th day of June, 2017,

*/s/Dennis W. Hartley*
**Dennis W. Hartley #0788**
Attorney at Law
128 South Tejon St., Suite 202
Colorado Springs, CO 80903
(719) 633-2329
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of June, 2017, the foregoing **MOTION TO DISMISS INDICTMENT**, was electronically filed via CM/ECF, to the Clerk of the Court, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/Patrick Hartley*
**Patrick Hartley**